UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:13-CR-17 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| KENNETH SCOTT | ) | |

**O R D E R**

Defendant Kenneth Scott ("Defendant") has filed a motion to suppress all evidence seized by law enforcement in this case (Court File No. 12). Defendant's motion to suppress was referred to United States Magistrate Judge William B. Mitchell Carter, who held a hearing and subsequently filed a report & recommendation ("R&R") recommending Defendant's motion be denied (Court File No. 18). Defendant timely objected (Court File No. 19). For the reasons provided in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 18). The Court **DENIES** Defendant's motion to suppress (Court File No. 12).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**